

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00042-CV

Joseph M. **ESPARZA** d/b/a Volaire Jet Interiors and Volaire Jet Interiors, Inc.,
Appellants

v.

Chad F. **CHRISTIAN**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017CV03128
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Irene Rios, Justice

Delivered and Filed:  September 26, 2018

VACATED AND DISMISSED

The parties have filed a joint motion to vacate the trial court's judgment and dismiss this appeal because they have reached an agreement that resolves this dispute.  We grant the parties' motion, vacate the trial court's October 12, 2017 judgment, and dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(2); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).

PER CURIAM